IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| RB MANUFACTURING & ELECTRONICS, INC., ) | CASE NO. 12 B 13832 |
| ) | |
| DEBTOR. ) | HONORABLE JUDGE BAER |

### NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

   PLEASE TAKE NOTICE that on the 30th day of September, 2014 at 9:30 A.M. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Baer or any other Judge presiding in her stead in Courtroom 615 at the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION FOR ENTRY OF A FINAL DECREE, at which time you may appear if you so desire.

                              RB MANUFACTURING & ELEC-
                              TRONICS, INC., Debtor

                           BY    /S/ CHRIS D. ROUSKEY
                              CHRIS D. ROUSKEY
                              ROUSKEY AND BALDACCI
                              151 SPRINGFIELD AVENUE
                              JOLIET, ILLINOIS 60435
                                 815-741-2118
                              IL REGISTRATION NO. 03123595


STATE OF ILLINOIS   )
                    )SS.    **CERTIFICATE OF SERVICE**
COUNTY OF WILL      )

   The Undersigned, an Attorney, certifies that he served a copy of the foregoing pleadings upon the above-named parties by causing the same to be mailed via First Class U.S. Mail, postage prepaid, at Joliet, Illinois on the 9th day of September, 2014.

                                 /S/ CHRIS D. ROUSKEY
                              CHRIS D. ROUSKEY
                              ROUSKEY AND BALDACCI
                              151 SPRINGFIELD AVENUE
                              JOLIET, ILLINOIS 60435
                                 815-741-2118
                              IL REGISTRATION NO. 03123595

Ms. Denise DeLaurent
UNITED STATES TRUSTEE
219 S. Dearborn St., #873
Chicago, IL 60604

GRAFCOR
121 Loomis Street
Rockford, IL 61109

J&S AIR FREIGHT, INC.
1740 Hubbard Drive
Batavia, IL 60510

E-CENTURY LEAK
Post Office Box 52187
Phoenix AZ 85072

HOLLAND, INC.
27052 Network Place
Chicago, IL 60673

HARRIS ELECTRONICS
7522 Camelback Drive
Indianapolis, IN 46240

NEXTSCREEN, LLC
8868 Research Blvd., #108
Austin, TX 78758

BELFORD ELECTRONICS INC.
1460 Jeffrey Drive
Addison, IL 60101

CAPITAL ONE
C/O American InfoSource
Post Office Box 71083
Charlotte, NC 28272

ABSTRACT ELECTRONICS
11526 53rd Street North
Clearwater, FL 33760

CIRCUIT ENGINEERING, LLC
Post Office Box 309
Itasca, IL 60143

McMASTER-CARR SUPPLY
Post Office Box 7690
Chicago, IL 60680

ELECTRO-CIRCUITS MFG. CO.
1651 Mitchell Blvd.
Schaumburg, IL 60193

COMMONWEALTH EDISON
Post Office Box 6111
Carol Stream, IL 60197

NEWARK
Post Office Box 94151
Palatine, IL 60094

ADT SECURITY SERVICES INC.
Post Office Box 371967
Pittsburgh, PA 15250

DIGI-KEY CORPORATION
Post Office Box 677
Thief River Falls, MN
                   56701

UNITED RESIN CORPORATION
4359 Normandy Court
Royal Oak, MI 48073

ELECTRONIC BUYERS SERVICES
Post Office Box 219
Clarendon Hills, IL 60514

US BANK EQUIPMENT FINANCE
1310 Madrid Street, #106
Marshall, MN 56258

NU-WAY ELECTRONICS, INC.
165 Martin Lane
Elk Grove Village, IL
                   60007

AMERICA II ELECTRONICS
Post Office Box 21355
St. Petersburg, FL 33742

VERIZON WIRELESS
Post Office Box 25505
Lehigh Valley, PA 18002

PERFECT PLUMBING
31060 Oakview Lane
Genoa, IL 60135

FRONTIER
Post Office Box 20550
Rochester, NY 14602

ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085

R. GUSTAFSON
6103 Maple Road
Kirkland, IL 60146

ARROW ELECTRONICS, INC.
C/O Douglass Christensen
7459 S. Lima Street
Englewood, CO 80112

UNITED ELECTRONICS CORP.
3615 Wolf Road
Franklin Park, IL 60131

SCANWELL LOGISTICS, INC.
C/O Ilene Marquez
2455 Arthur Avenue
Elk Grove Village, IL
                   60007

AMITRON CORPORATION
Department 20-3015
Post Office Box 5977
Carol Stream, IL 60197

SHANG YI MOTOR CO., LTD.
667 Zhonghan Road
Taipai, Taiwan, R.O.C.
Via: insercoltd@yahoo.com

ICS CUSTOMS SERVICE INC.
1099 Morse Avenue
Elk Grove Village, IL
                   60007

```
STAR ELECTRONICS              FCMG INCORPORATED             TECHNI-TOOL
825 Pratt Blvd.               1651 Mitchell Blvd.           Post Office Box 827014
Elk Grove Village, IL         Schaumburg, IL 60193          Philadelphia, PA 19182
     60007


NELSON CARLSON CONTRACTORS    HEILIND ELECTRONICS           MILPLEX CIRCUITS, INC.
Post Office Box 4183          58 Jonspin Road               1301 W. Ardmore Avenue
Rockford, IL 61110            Wilmington, MA 01887          Itasca, IL 60143



TTI, INC.                     US BANK                       FUTURE ELECTRONICS
Post Office Drawer 99111      Bankruptcy Department         C/O DIANE SVENDSEN
Fort Worth, TX 76199          Post Office Box 5229          41 Main Street
                              Cincinnati, OH 45201          Bolton, MA 01740


NANCY A. FREDRICKSON          BANK OF AMERICA               MAXIM INTEGRATEDPRODUCTS
SMS FINANCIAL XXVII, LLC      C/O Christopher Cahill        13500 SW Jenkins Road
6829 N. 12th Street           LOWIS & GELLEN                Beaverton, OR 97005
Phoenix, AZ 85014             200 W. Adams St., #1900
                              Chicago, IL 60606


HI-TECH ELECTRONIC            LINGRAPH PACKAGING SERVICES   AVNET ELECTRONICS
PRODUCTS & MANUFACTURING      15 N. Brandon Drive           MARKETING
25 Hi-Tech Drive              Glendale Heights, IL 60139    Post Office Box 70390
Ogelsy, IL 61348                                            Chicago, IL 60673



THOMAS AND DEBORAH MAKER
534 Cape Coral Parkway
Cape Coral, FL 33914
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RB MANUFACTURING & ELECTRONICS, INC., | ) | CASE NO. 12 B 13832 |
| | ) | |
| DEBTOR. | ) | HONORABLE JUDGE BAER |

**MOTION FOR ENTRY OF A FINAL DECREE**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES THE DEBTOR, RB MANUFACTURING & ELECTRONICS, INC., hereinafter referred to as "RB MANUFACTURING", by and through its Attorneys, ROUSKEY AND BALDACCI by CHRIS D. ROUSKEY, and in support of its Motion for Entry of a Final Decree states to this Honorable Court as follows:

JURISDICTION AND VENUE

1. That this Honorable Court has jurisdiction over this Motion pursuant to 28 U.S.C. 157 and 1334. That this matter is a core proceeding within the meaning of 28 U.S.C. 157(b)(2). That venue for this Motion is proper pursuant to 28 U.S.C. 1408 and 1409.

2. That the statutory predicates for the relief requested herein are Section 350(a) of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 3022.

BACKGROUND

3. That on April 4, 2012 ("Petition Date"), the Debtor, RB MANUFACTURING, filed a voluntary Petition for Relief under Chap-

-1-

ter 11 of the Bankruptcy Code. That no Trustee, examiner, or creditor's committee was appointed in this case.

4. That on October 24, 2013, the Debtor, RB MANUFACTURING, filed its Fourth Amended Plan of Reorganization ("Fourth Amended Plan"); that on December 18, 2013, this Honorable Court entered an Order confirming the Debtor's Fourth Amended Plan of Reorganization; and that the Effective Date of Confirmation was December 18, 2013.

5. That pursuant to the Debtor, RB MANUFACTURING'S, Fourth Amended Plan, Class 1 Claims consist of all Allowed Administrative Claims entitled to priority.

6. That pursuant to the Debtor, RB MANUFACTURING'S, Fourth Amended Plan, Class 2 Claims consist of the Allowed Secured Claim of Bank of America. Pursuant to the Debtor's Fourth Amended Plan, Bank of America is to be paid the amount of $2,500.00 per month, at the Pre-Petition interest rate of 6.25%, for a period of 35 months with a final balloon payment due in the 36th month. That as of the date of the filing of this Motion, the Debtor is current in all monthly payments due and owing Bank of America. In addition, Donald Nichols, as principal of the Debtor, and his wife were required to pledge certain real estate as further collateral for Bank of America's loan. Said property has been pledged and is secured by a mortgage duly executed.

7. That pursuant to the Debtor, RB MANUFACTURING'S, Fourth Amended Plan, Class 3 Claims consist of the Allowed Secured Claim of US Bank Equipment Finance, which claim is to be paid pursuant

to the terms of its Note at a rate of $788.80 per month. That as of the date of the filing of this Motion, the Debtor is current in all monthly payments due and owing US Bank Equipment Finance.

8. That pursuant to the Debtor, RB MANUFACTURING'S, Fourth Amended Plan, Class 4 Claims consist of Unsecured General Claims in an amount in excess of $3,000.00, with said claims being paid in ten semi-annual installments in the amount of $13,500.00 on a pro-rata basis commencing 180 days after confirmation. That as of the date of the filing of this Motion, the Debtor in current in all payments due and owing Class 4 Claimants.

9. That pursuant to the Debtor, RB MANUFACTURING'S, Fourth Amended Plan, Class 5 Claims consist of unsecured claims in an amount less than $3,000.00, with said claims being paid in a lump sum payment equal to 25% of their claim within 90 days after the date of confirmation. The Debtor has paid said payment.

<u>THE COURT SHOULD ENTER A FINAL DECREE CLOSING THE DEBTOR'S CASE</u>

10. That Section 350(a) of the Bankruptcy Code provides in relevant part that "after an estate is fully administered and the Court has discharged the Trustee, the Court shall close the case".

11. That the following is a list of non-exclusive factors or events that Courts often consider when determining whether to close a Chapter 11 case:

    (A) Whether deposits required by the Plan have been distributed.

-3-

    (B) Whether all property proposed by the Plan to be transferred has been transferred.

    (C) Whether the Debtor or the Successor of the Debtor under the Plan has assumed the business or management of the property dealt with by the Plan.

    (D) Whether payments under the plan have commenced.

    (E) Whether the Order confirming the Plan has become final.

    (F) Whether all Motions, contested matters, and adversary proceedings have been finally resolved.

12. That as of the date of the filing of this Motion, all deposits required by the Debtor, RB MANUFACTURING'S, Fourth Amended Plan, have been distributed; all payments under the Fourth Amended Plan have commenced and are current; the Order confirming the Fourth Amended Plan has become final; and there are no Motions, other than this Motion, contested matters, and/or adversary proceedings presently pending before this Honorable Court.

13. That it is unnecessary to burden this Honorable Court's docket or to require the Debtor, RB MANUFACTURING, to pay additional administration fees until December 18, 2018, the date when all payments required to be paid pursuant to the Debtor's Fourth Amended Plan have been paid in full. Therefore, it is appropriate for this Honorable Court to enter a Final Decree closing this case.

WHEREFORE, the Debtor, RB MANUFACTURING & ELECTRONICS, INC., respectfully requests that this Honorable Court enter an Order:

A. Entering a Final Decree closing this Chapter 11 case.

B. Granting such other relief as is necessary and proper.

Respectfully Submitted,

**RB MANUFACTURING & ELEC-TRONICS, INC.**, Debtor

BY /s/
CHRIS D. ROUSKEY, Its Attorney
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595