UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-13832 |
| RB MANUFACTURING & ELECTRONICS, INC. | ) ) ) | Chapter: 11 |
| | ) ) | Honorable Janet S. Baer |
| Debtor(s) | ) ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE**

THIS MATTER coming on for hearing on the Motion for Entry of a Final Decree filed herein by the Debtor, RB MANUFACTURING & ELECTRONICS, INC.; and the Court having fully considered the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2); and it appearing the venue of this proceeding and this Motion is proper in the District pursuant to 28 U.S.C. 1408 and 1409; and due and adequate notice of the Motion having been given and no further notice of the Motion need be given; and it appearing that entry of a Final Decree closing this Chapter 11 case is appropriate pursuant to 11 U.S.C. 350(a);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A. That the Motion for Entry of a Final Decree is granted *as modified herein*. [JSB]

B. That the instant Chapter 11 case is hereby closed.

C. That notice of the Motion given by the Debtor is proper and sufficient, and no further notice is required.

D. That this Honorable Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, *including the allowance and payment of attorneys fees for Debtor's counsel. The fee application shall be filed on or before October 7, 2014. A hearing will be held thereon on Oct 28, 2014 at 10:00 a.m.*

Enter:

Dated: 9-30-14

United States Bankruptcy Judge
/s/ Janet S. Baer

**Prepared by:**
CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118
IL REGISTRATION NO. 03123595

Rev: 20130104_bko