UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12 B 13832 |
| | ) | |
| **RB Manufacturing & Electronics, Inc.** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF ROUSKEY AND BALDACCI, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $46,425.00 | TOTAL COSTS REQUESTED: | $1,046.00 |
| TOTAL FEES REDUCED: | $3,930.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $42,495.00 | TOTAL COSTS ALLOWED: | $1,046.00 |

**TOTAL FEES AND COSTS ALLOWED: $43,541.00**

The attached time and expense entries have been marked to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear to the left of each marked entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Duplication of Services/Not beneficial to the estate**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). The court also denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A)(ii). In this case, the court has discovered an unusual situation. In fourteen different instances, as indicated, the attorney billed a flat hour for attendance at each hearing before the court. At the same time, when the attorney appeared on more than one matter, such as those involving cash collateral or the plan and disclosure statement, he billed a second flat hour of court time for the second matter. The court, having great familiarity with these matters, is certain that the attorney did not spend two hours in court on each of those dates. Thus, the attorney has essentially double-billed for those court dates. The court is disallowing the double-billing.

**(2)    Lumping**

The court may impose a penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment."). In this case, on many, many occasions, the attorney lumped his time and did not provide detailed time breakdowns of the numerous tasks relating to the same matter. Some examples are attached, but the lumping can be found on many additional pages not provided. Given that the fee application is not voluminous, the lumping did not prevent the court from making a thorough review of the application. As a result, the court will simply deduct $500 from the fees requested as a penalty for the lumping.

Dated: 3/10, 2015

Janet S. Baer
United States Bankruptcy Judge

# EXHIBIT A

# ADMINISTRATION MATTERS

| | | |
|---|---|---|
| 8-14-12 | Telephone conference with Donald Nichols regarding for demand for payment of Pre-Petition debt by supplier. | 0.20 Hrs. |
| ② 8-17-12 | Prepare U.S. Trustee Quarterly Fee Statement and Notice of Filing. File and mail Statement. | 0.30 Hrs. |
| 8-29-12 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| 8-31-12 | Telephone conference with Donald Nichols regarding Monthly Operating Reports. | 0.20 Hrs. |
| ② 9-11-12 | Review financial data for July Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| 9-19-12 | Telephone conference with Donald Nichols regarding re-structure of employment hours. | 0.30 Hrs. |
| ① 10-3-12 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ② 10-5-12 | Review financial data for August Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| ① 10-23-12 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ② 10-23-12 | Review financial data for September Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| ② 10-25-12 | Prepare U.S. Trustee Quarterly Fee Statement and Notice of Filing. File and mail Statement. | 0.30 Hrs. |
| 10-29-12 | Telephone conference with Donald Nichols regarding slow payment from customers, potential need for company loan, and requirements to obtain loan. | 0.40 Hrs. |

*[Handwritten annotations in right margin: "dup see Exhibit B p.1" and "dup pp Ex B p.1"]*

EXHIBIT A
Page 5

| Date | Description | Hours |
|---|---|---|
| 12-5-12 | Review orders from Anderson Windows for 2012 submitted for purposes of financial projections. | 0.60 Hrs. |
| ② 12-11-12 | Review financial data for October Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| 12-13-12 | Telephone conference with Trustee Denise DeLaurent regarding the status of the Plan and Disclosure Statement. | 0.20 Hrs. |
| 1-4-13 | Review correspondence from Donald Nichols with his questions regarding Bank of America, US Bank, and Thomas Maker. (0.20 Hrs.) Telephone conference with Donald Nichols to discuss the questions contained in his correspondence. (0.30 Hrs.) | 0.50 Hrs. |
| ① 1-7-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ② 1-24-13 | Review the financial data for the November December, 2012 Monthly Operating Reports. Prepare and review completed Reports. Prepare Notice of Filing. File and mail Reports. | 1.60 Hrs. |
| ① 1-28-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| 1-28-13 | Review four point proposal from Attorney Chris Cahill for Bank of America in regards to a Plan. (0.30 Hrs.) Telephone conference with Donald Nichols regarding the same. (0.50 Hrs.) | 0.80 Hrs. |
| ② 1-29-13 | Prepare U.S. Trustee Quarterly Fee Statement and Notice of Filing. File and mail Statement. | 0.30 Hrs. |
| 1-30-13 | Review recent purchase orders from Magnalock and Nobacki totaling over $90,000. (0.30 Hrs.) Telephone conference with Donald Nichols regarding the same. (0.20 Hrs.) | 0.50 Hrs. |

*Handwritten annotations: "dup ex b p 2" near 1-24-13; "dup ex b p 2" near 1-28-13*

EXHIBIT A
Page 6

| | | | |
|---|---|---|---|
| ① | 2-20-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ② | 3-11-13 | Review the financial data for the January Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| | 3-12-13 | Review claim of Thomas Maker and Exhibits. | 0.20 Hrs. |
| ① | 3-13-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| | 4-9-13 | Review Order from Judge Baer continuing 4-10-13 hearing to 4-15-13. | 0.10 Hrs. |
| | 4-10-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ① | 4-15-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ② | 5-9-13 | Review the financial data for the February Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| ② | 5-21-13 | Review the financial data for the March Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| ② | 5-21-13 | Prepare U.S. Trustee Quarterly Fee Statement and Notice of Filing. File and mail Statement. | 0.30 Hrs. |
| ② | 6-3-13 | Review the financial data for the April Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| ① | 6-4-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |

Handwritten annotations next to several entries: "dup Ex B p 2." / "see Ex B p 2."

| Date | Description | Hours |
|---|---|---|
| 6-10-13 | Review fax from Donald Nichols with concerns regarding sales and future contracts. (0.20 Hrs.) Telephone conference with client to discuss the same. (0.20 Hrs.) | 0.40 Hrs. |
| 7-2-13 | Prepare and review Motion to Extend Time To File First Amended Plan and Second Amended Disclosure Statement and proposed Order granting the Motion. (0.60 Hrs.) Prepare Notice of Motion. (0.10 Hrs.) File and mail Notice of Motion, Motion, and proposed Order. (0.30 Hrs.) | 1.00 Hrs. |
| ② 7-11-13 | Review the financial data for the May Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| 7-16-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ① 8-5-13 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| ② 8-5-13 | Review the financial data for the June Monthly Operating Report. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.70 Hrs. |
| ② 8-5-13 | Telephone conference with Donald Nichols regarding the need to receive the financial data required for the July Monthly Operating Report. Receive and review information. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 0.90 Hrs. |
| ② 8-23-13 | Prepare U.S. Trustee Quarterly Fee Statement. File and mail Statement. | 0.30 Hrs. |
| ② 9-9-13 | Office conference with Donald Nichols regarding the financial data needed for the August Monthly Operating Report. Receive and review information. Prepare and review completed Report. Prepare Notice of Filing. File and mail Report. | 1.20 Hrs. |

EXHIBIT A
Page 8

① 9-10-13    Court appearance regarding extension of        1.00 Hrs.
             Interim Order Authorizing Use of Cash
             Collateral.

9-13-13      Prepare, file and mail Certificate of          0.50 Hrs.
             Service regarding Order and Notice
             Fixing Time to File Claims.

10-4-13      Telephone conference with Attorney Chris       0.70 Hrs.
             Cahill regarding Bank of America's pro-
             posed amendments to the Plan. (0.20 Hrs.)
             Prepare Agreed Order continuing 10-8-13
             hearing to 10-15-13. (0.20 Hrs.) Tele-
             phone conference with Courtroom Deputy.
             (0.10 Hrs.) Telephone conference with
             Attorney Chris Cahill and an e-mail sent
             to him containing a copy of the proposed
             Order. (0.20 Hrs.)

10-15-13     Court appearance regarding extension of        1.00 Hrs.
             Interim Order Authorizing Use of Cash
             Collateral.

10-17-13     Telephone conference with Trustee Denise       0.20 Hrs.
             DeLaurent regarding status of Third
             Amended Plan and Third Amended Disclosure
             Statement.

10-30-13     Prepare Order and Notice Combined Hearing      0.50 Hrs.
             on Confirmation with Certificate of Ser-
             vice setting date for claims and objec-
             tions.

11-14-13     Telephone conference with Donald Nichols       0.10 Hrs.
             regarding voting provisions.

12-9-13      Review Ballots and prepare Ballot Report.      0.60 Hrs.

② 12-17-13   Review financial data for the September        1.60 Hrs.
             and October Monthly Operating Reports.
             Prepare and review completed Reports.
             Prepare Notice of Filing. File and mail
             Reports.

② 12-17-13   Prepare U.S. Trustee Quarterly Fee State-      0.30 Hrs.
             ment and Notice of Filing. File and mail
             Statement.

12-17-13     Office conference with Donald Nichols to       0.20 Hrs.
             review the September and October Monthly
             Operating Reports.

| Date | Description | Hours |
|---|---|---|
| 2-3-14 | Draft form letter for client to send to suppliers Post-Confirmation regarding request to discontinue COD payments. | 0.30 Hrs. |
| 2-7-14 | Telephone conference with Donald Nichols. | |
| 3-6-14 | Telephone conference with Donald Nichols regarding financial information needed for November and December Monthly Operating Reports. | 0.20 Hrs. |
| ② 3-10-14 | Review financial data for the November and December Monthly Operating Reports. Prepare and review completed Reports. Prepare Notice of Filing. File and mail Reports. | 1.40 Hrs. |
| ② 3-10-14 | Prepare U.S. Trustee Quarterly Fee Statement and Notice of Filing. File and mail Statement. | 0.30 Hrs. |
| 4-21-14 | Court appearance regarding status of Post-Confirmation Plan payments. | 1.00 Hrs. |
| 6-4-14 | Court appearance regarding status of Post-Confirmation Plan payments. | 1.00 Hrs. |
| 6-6-14 | Forward quarterly fee payment to U.S. Trustee. | 0.20 Hrs. |
| 7-30-14 | Court appearance regarding status of Post-Confirmation Plan payments. | 1.00 Hrs. |
| 9-3-14 | Court appearance regarding status of Post-Confirmation Plan payments. | 1.00 Hrs. |
| ② 9-9-14 | Prepare and review Motion for Entry of Final Decree and proposed Order granting Motion. Prepare Notice of Motion. File and mail Notice of Motion, Motion, and proposed Order. | 0.80 Hrs. |
| 9-30-14 | Court appearance regarding Motion for Entry of Final Decree. Motion granted. | 1.00 Hrs. |
| | | 69.90 Hrs. |

EXHIBIT A
Page 10

# EXHIBIT B

## PLAN OF REORGANIZATION MATTERS

LAW OFFICE
OF
ROUSKEY AND BALDACCI
151 SPRINGFIELD AVENUE
JOLIET, ILLINOIS 60435
815-741-2118

RB MANUFACTURING & ELECTRONICS, INC.
140 W. NORTH STREET
KIRKLAND, ILLINOIS 60164

---

PROFESSIONAL SERVICES RENDERED

RE: CHAPTER 11 BANKRUPTCY - PLAN OF REORGANIZATION MATTERS

---

| Date | Description | Hours |
|---|---|---|
| 6-11-12 | Office conference with Donald Nichols regarding information needed for Plan and discuss classifications of claimants. | 0.60 Hrs. |
| 6-26-12 | Office conference with Donald Nichols regarding status of sales and Post-Petition financials. | 1.00 Hrs. |
| 6-26-12 | Research regarding Castleton new value requirement in relation to the equity interest of Donald Nichols. | 1.10 Hrs. |
| 7-23-12 | Office conference with Donald Nichols to review proposed Class designations, outline treatment of each Class, and review projected income analysis. | 1.60 Hrs. |
| 7-24-12 | Court appearance regarding status of Plan and Disclosure Statement. | 1.00 Hrs. |
| 7-25-12 | Prepare rough draft of Plan. | 2.20 Hrs. |
| 10-2-12 | Telephone conference with Trustee Denise DeLaurent regarding status of the Plan and Disclosure Statement and the need for timely filing of Monthly Operating Reports. | 0.20 Hrs. |
| 10-3-12 | Court appearance regarding status of Plan and Disclosure Statement. | 1.00 Hrs. |
| 10-23-12 | Court appearance regarding status of Plan and Disclosure Statement. | 1.00 Hrs. |

EXHIBIT B
Page 1

| Date | Description | Hours |
|---|---|---|
| 12-6-12 | Office conference with Donald Nichols to review provisions of Plan and Disclosure Statement. | 0.80 Hrs. |
| 12-12-12 | Court appearance regarding status of Plan and Disclosure Statement. | 1.00 Hrs. |
| 12-15-12 | Review and file Plan. | 1.00 Hrs. |
| 12-17-12 | Court appearance regarding status of Plan and Disclosure Statement. | 1.00 Hrs. |
| 12-19-12 | Telephone conference with Donald Nichols regarding strategy for obtaining confirmation of Plan. | 0.40 Hrs. |
| 1-7-13 | Court appearance regarding status of Plan and Disclosure Statement. | 1.00 Hrs. |
| 1-11-13 | Office conference with Donald Nichols regarding Edge Electronics/Thomas Maker. Explore options and discuss pros and cons of litigation weighing included expense of the same. | 0.90 Hrs. |
| 1-28-13 | Court appearance regarding status of Plan and Amended Disclosure Statement. | 1.00 Hrs. |
| 2-20-13 | Court appearance regarding status of Plan and Amended Disclosure Statement. Incorporate proposed changes of objecting Claimant. | 1.00 Hrs. |
| 3-13-13 | Court appearance regarding status of Plan and Amended Disclosure Statement. | 1.00 Hrs. |
| 4-9-13 | Telephone conference with Trustee Denise DeLaurent regarding status of the Plan and First Amended Disclosure Statement. | 0.10 Hrs. |
| 4-15-13 | Court appearance regarding status of Plan and First Amended Disclosure Statement. | 1.00 Hrs. |
| 5-20-13 | Office conference with Donald Nichols to review proposed amendments to Plan and First Amended Disclosure Statement. | 0.60 Hrs. |
| 6-4-13 | Court appearance regarding status of Plan and First Amended Disclosure Statement. | 1.00 Hrs. |

EXHIBIT B
Page 2

| Date | Description | Hours |
|---|---|---|
| 7-8-13 | Office conference with Donald Nichols to review proposed changes to Plan and First Amended Disclosure Statement. | 0.50 Hrs. |
| 7-11-13 | Prepare First Amended Plan and Second Second Amended Disclosure Statement. | 3.30 Hrs. |
| 7-12-13 | Review and file First Amended Plan and Second Amended Disclosure Statement. | 0.70 Hrs. |
| 8-5-13 | Court appearance regarding status of First Amended Plan and Second Amended Disclosure Statement. | 1.00 Hrs. |
| 9-3-13 | Court appearance regarding status of First Amended Plan and Second Amended Disclosure Statement. | 1.00 Hrs. |
| 9-5-13 | Telephone conference with Trustee Denise DeLaurent regarding status of the First Amended Plan and Second Amended Disclosure Statement and her suggestions for amendments to the First Amended Plan. | 0.20 Hrs. |
| 9-10-13 | Court appearance regarding status of First Amended Plan and Second Amended Disclosure Statement. | 1.00 Hrs. |
| 9-23-13 | Prepare and file Second Amended Plan. | 1.40 Hrs. |
| 9-24-13 | Court appearance regarding status of Second Amended Plan and Second Amended Disclosure Statement. | 1.00 Hrs. |
| 10-7-13 | Court appearance regarding status of Second Amended Plan and Second Amended Disclosure Statement. | 1.00 Hrs. |
| 10-14-13 | Prepare and file Third Amended Plan and Third Amended Disclosure Statement. | 1.50 Hrs. |
| 10-22-13 | Letter to Trustee Denise DeLaurent regarding proposed amendments to Third Amended Plan and Third Amended Disclosure Statement. | 0.50 Hrs. |
| 10-23-13 | Prepare Fourth Amended Plan and Fourth Amended Disclosure Statement including the proposed changes to the treatment of Bank of America's claim in reference to additional security to be pledged. | 1.40 Hrs. |

EXHIBIT B
Page 3

| | | |
|---|---|---|
| 10-24-13 | Telephone conference with Donald Nichols regarding amendments to the Third Amended Plan and the limitations on the pledge of security. | 0.40 Hrs. |
| 10-24-13 | Review and file Fourth Amended Plan and Fourth Amended Disclosure Statement. | 0.50 Hrs. |
| 10-25-13 | Courtesy letter to Judge Baer reflecting amendments in Debtor's Fourth Amended Plan and Fourth Amended Disclosure Statement. | 0.20 Hrs. |
| 10-29-13 | Court appearance regarding status of Fourth Amended Plan and Fourth Amended Disclosure Statement. | 1.00 Hrs. |
| 11-27-13 | Office conference with Donald Nichols and spouse to review amendments to Fourth Amended Plan as to pledge of additional collateral. | 0.50 Hrs. |
| 12-11-13 | Court appearance regarding status of Fourth Amended Plan and Fourth Amended Disclosure Statement. | 1.00 Hrs. |
| 12-17-13 | Office conference with Donald Nichols to prepare for combined hearing on adequacy of Fourth Amended Disclosure Statement and confirmation of Fourth Amended Plan. | 0.70 Hrs. |
| 12-18-13 | Court appearance regarding combined hearing on adequacy of Fourth Amended Disclosure Statement and confirmation of Fourth Amended Plan. | 2.00 Hrs. |
| | | 42.30 Hrs. |

# EXHIBIT D

# BANK OF AMERICA CLAIM

| Date | Description | Hours |
|---|---|---|
| 7-19-12 | Prepare and review Motion to Use Cash Collateral. Prepare Notice of Motion. File and mail Notice of Motion, Motion to Use Cash Collateral and proposed Order. | 1.00 Hrs. |
| 7-24-12 | Court appearance regarding Motion to Use Cash Collateral. | 1.00 Hrs. |
| 7-25-12 | Prepare Interim Order Authorizing Use of Cash Collateral and forward same to Attorney Chris Cahill for review. | 1.50 Hrs. |
| 7-26-12 | Prepare and review Amended Motion to Use Cash Collateral. Prepare Notice of Motion. File Notice of Motion and Motion to Use Cash Collateral. | 0.50 Hrs. |
| 7-26-12 | Telephone conference with Donald Nichols explaining Interim Order Authorizing Use of Cash Collateral. | 0.30 Hrs. |
| 7-27-12 | File proposed Interim Order Authorizing Use of Cash Collateral. | 0.40 Hrs. |
| 11-1-12 | Telephone conference with Attorney Chris Cahill regarding Monthly Operating Report/Variance Report. | 0.20 Hrs. |
| 12-17-12 | Court appearance regarding extension of Interim Order Authorizing Use of Cash Collateral. | 1.00 Hrs. |
| 12-18-12 | Prepare and file proposed Order Extending Use of Cash Collateral. | 0.10 Hrs. |
| 1-2-13 | Review Bank of America's Proof of Claim with attached Security Agreements. | 0.40 Hrs. |
| 1-9-13 | Review e-mail from Attorney Chris Cahill regarding Bank's proposed changes to the Plan. | 0.30 Hrs. |
| 1-29-13 | E-mail to Attorney Chris Cahill regarding a meeting with the Bank. | 0.10 Hrs. |
| 2-14-13 | Review and forward to Attorney Chris Cahill current purchase orders of the Debtor. | 0.10 Hrs. |

EXHIBIT D
Page 2